IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JULIA ESTHER COLON COTTO

XXX-XX-9427

Debtor(s)

CASE NO. 10-06427 BKT

Chapter 13

FILED & ENTERED ON 02/07/2011

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Trustee's Motion on Proof of Claim Notice and Certificate of Service, docket #25.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 07 day of February, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     MIRIAM A MURPHY
     ALEJANDRO  OLIVERAS RIVERA